## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

MELANIE PINA,

        Plaintiff,

    vs.

CAPITAL ONE BANK, N.A.,
        Defendant(s).

Case No.: 3:18-cv-00688-HEH

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

    NOW COMES Plaintiff, MELANIE PINA, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* Stipulation of dismissal, with prejudice, within sixty (60) days.

                    RESPECTFULLY SUBMITTED,

Dated: February 19, 2019         **FERRISWINDER, PLLC**

                    By: /s/Richard W. Ferris

                    Richard W. Ferris, Esq.
                    FerrisWinder, PLLC
                    530 East Main Street
                    Suite 300
                    Richmond, VA 23219
                    (804) 767-1800
                    (888) 251-6228 Fax
                    rwferris@ferriswinder.com

                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Richard W. Ferris
Richard W. Ferris, Esq.

NOTICE OF SETTLEMENT